UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER KEIFER,

Plaintiff,

v.

INDEED, INC.,

Defendant.

Case No. 24-cv-07961-AMO

**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

On agreement of the parties, Plaintiff's claims in this case were sent to arbitration on December 23, 2024.  (Dkt. No. 17.)  Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered.  Within 30 (thirty) days of the resolution of the arbitration, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: June 16, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**